UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DONNA HEDGES, ON BEHALF OF HERSELF :
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
: No.: 1:20-cv-8408
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
ALAMO MUSIC CENTER, INC., :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, ALAMO MUSIC CENTER, INC., with prejudice and without fees and costs.

Dated: New York, New York
       February 16, 2021

                                              **GOTTLIEB & ASSOCIATES**

                                              */s/Jeffrey M. Gottlieb, Esq.*

                                          Jeffrey M. Gottlieb, Esq., (JG-7905)
                                          150 East 18th Street, Suite PHR
                                                     New York, NY 10003
                                                           Phone: (212) 228-9795
                                                              Fax: (212) 982-6284
                                                          Jeffrey@Gottlieb.legal

                                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge